01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
08                               AT SEATTLE

09  JASON LUST,                        )
                                       )  CASE NO. C12-2104-MAT
10         Interpleader Defendant,     )
                                       )
11         v.                          )  ORDER STRIKING MOTION FOR
                                       )  SUMMARY JUDGMENT
12  SHARON LUST,                       )
                                       )
13         Interpleader Defendant.     )
    _____)
14

15      Defendant Sharon Lust submitted a Motion for Summary Judgment in this interpleader

16  action.  (Dkt. 19.)  Having considered the filing of that motion, the Court ORDERS as

17  follows:

18      (1)   Defendant Sharon Lust filed a Motion for Summary Judgment on July 31, 2013.

19  (*See* Dkt. 19.)  However, the deadline for the filing of dispositive motions in this matter was

20  June 10, 2013.  (*See* Dkt. 15.)  The parties are also reminded that the Settlement Conference

21  was to be completed by July 8, 2013, and the deadline for fulfilling mediation pursuant to LCR

22  39.1 is August 12, 2013.  (*Id*.)  Defendant Sharon Lust has not requested any extension of

ORDER
PAGE -1

deadlines in this matter, nor provided any explanation for the late filing of the motion for summary judgment.  Accordingly, the Motion for Summary Judgment (Dkt. 19) is hereby STRICKEN from the docket.

    (2)    The Clerk is directed to send a copy of this Order to the parties.

DATED this 2nd day of August, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2