UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LUST, ) | |
| ) | CASE NO. C12-2104-MAT |
| Interpleader Defendant, ) | |
| ) | |
| v. ) | ORDER STRIKING MOTION FOR |
| ) | SUMMARY JUDGMENT |
| SHARON LUST, ) | |
| ) | |
| Interpleader Defendant. ) | |
| _____ ) | |

Defendant Sharon Lust submitted a Motion for Summary Judgment in this interpleader action. (Dkt. 19.) Having considered the filing of that motion, the Court ORDERS as follows:

(1) Defendant Sharon Lust filed a Motion for Summary Judgment on July 31, 2013. (*See* Dkt. 19.) However, the deadline for the filing of dispositive motions in this matter was June 10, 2013. (*See* Dkt. 15.) The parties are also reminded that the Settlement Conference was to be completed by July 8, 2013, and the deadline for fulfilling mediation pursuant to LCR 39.1 is August 12, 2013. (*Id*.) Defendant Sharon Lust has not requested any extension of

ORDER
PAGE -1

deadlines in this matter, nor provided any explanation for the late filing of the motion for summary judgment. Accordingly, the Motion for Summary Judgment (Dkt. 19) is hereby STRICKEN from the docket.

(2) The Clerk is directed to send a copy of this Order to the parties.

DATED this <u>2nd</u> day of August, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2